SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0169 JSW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DETENTION HEARING |
| v. ) | |
| LAFAELE FETALINA, ) | |
|     Defendant. ) | |

    WHEREAS counsel for the Government will be out of the office on Friday, April 6, 2007 – the date currently set for a detention hearing in the above-captioned case; and

    WHEREAS Defendant's counsel, Barry Portman, Esq. has informed counsel for the Government that: (1) he stipulates and agrees to continuing the detention hearing in this case to Tuesday, April 10, 2007; and (2) he hopes to obtain discovery from the Government before the detention hearing in this case;

    IT IS HEREBY STIPULATED AND AGREED THAT the detention hearing shall be continued from Friday, April 6, 2007 to Tuesday, April 10, 2007 at 9:30 a.m. in Courtroom C on

1  the 15th Floor of the above-referenced Court, and that counsel for the Government shall notify
2  Pretrial Services and the United States Marshals Service of the new hearing date once this order
3  is entered.

                                                            SCOTT N. SCHOOLS
                                                            United States Attorney

DATED: April 4, 2007                            /s/
                                                           JULIE A. ARBUCKLE
                                                           Assistant United States Attorney

10         PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

12  DATED: 4/5/07

                                                           Edward M. Chen
                                                           United States Magistrate Judge