1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CABN 138549)
   Chief, Criminal Division
4  JULIE A. ARBUCKLE (CABN 193425)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234
       E-mail: julie.arbuckle@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )   No.  CR 07-0169 JSW
                                         )
14         Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                         )   ORDER EXCLUDING TIME
15         v.                            )
                                         )
16  LAFAELE FETALINA,                    )
                                         )
17         Defendant.                    )
                                         )
18  _____

19

20       On April 10, 2007, the parties in this case appeared before the Court and stipulated that time

21  should be excluded from the Speedy Trial Act calculations from April 10, 2007 to April 26, 2007

22  for effective preparation in that both parties' counsel required adequate time to obtain and review

23  additional relevant discovery.  The parties represented that granting the continuance was the

24  reasonable time necessary for effective preparation of counsel, taking into account the exercise of

25  due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of

26  justice served by granting such a continuance outweighed the best interests of the public and the

27  defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

28  SO STIPULATED:

Stipulation and [Proposed] Order Excluding Time - CR 07-0169 JSW                              1

```
                                    SCOTT N. SCHOOLS
                                    United States Attorney

DATED: April 11, 2007               _____/s/_____
                                    JULIE A. ARBUCKLE
                                    Assistant United States Attorney

                                    BARRY PORTMAN
                                    Federal Public Defender

DATED: April 11, 2007               _____/s/_____
                                    BARRY PORTMAN
                                    Attorney for Defendant Lafaele Fetalina
```

As the Court found on April 10, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 10, 2007 to April 26, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 12, 2007               _____
                                    Elizabeth D. Laporte
                                    United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]

Stipulation and [Proposed] Order Excluding Time - CR 07-0169 JSW                    2