SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CABN 193425)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7102
    Facsimile: (415) 436-7234
    E-mail: julie.arbuckle@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0169 JSW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
|     v. ) | |
| LAFAELE FETALINA, ) | |
|     Defendant. ) | |

On April 26, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from April 26, 2007 to May 17, 2007 for effective preparation in that both parties' counsel required adequate time to obtain and review additional relevant discovery. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the

///

///

defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        United States Attorney

DATED: April 26, 2007                     /s/
                                        JULIE A. ARBUCKLE
                                        Assistant United States Attorney

                                        BARRY PORTMAN
                                        Federal Public Defender

DATED: April 26, 2007                     /s/
                                        BARRY PORTMAN
                                        Attorney for Defendant Lafaele Fetalina

As the Court found on April 26, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 26, 2007 to May 17, 2007 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: May 1, 2007                                       
                                        Jeffrey S. White
                                        United States District Judge